160 So. 917

Ex parte E. W. PETTUS, Chairman, etc., et al.

4 Div. 774.

Supreme Court of Alabama.
March 28, 1935.

W. L. Lee, of Dothan, and Steiner, Crum & Weil, of Montgomery, for petitioners.

PER CURIAM.
Dismissed for want of prosecution.

**2**

160 So. 917

Will POE v. STATE.

6 Div. 614.

Supreme Court of Alabama.
April 18, 1935.

PER CURIAM.
Appeal dismissed.

**3**

160 So. 917

Jim, alias Jimmie, alias J. A., ROBBINS
v. STATE.

4 Div. 818.

Supreme Court of Alabama.
March 28, 1935.

PER CURIAM.
Appeal dismissed.

**4**

159 So. 887

Mary A. ROBERTS v. Jennie FERGUSON.

8 Div. 622.

Supreme Court of Alabama.
Jan. 22, 1935.

PER CURIAM.
Appeal dismissed by appellant.

**5**

159 So. 888

Walter L. ROWE v. ALABAMA POWER CO.

8 Div. 629.

Supreme Court of Alabama.
Jan. 31, 1935.

C. E. Carmichael, of Tuscumbia, and Wm. L. Chenault, of Russellville, for appellant.

Martin, Turner & McWhorter, of Birmingham, and Andrews, Peach & Almon, of Sheffield, for appellee.

PER CURIAM.
Appeal dismissed by agreement.